### 6474. Young *v.* The State.

Wade, J. There is no merit in the one special assignment of error, and the evidence amply supported the verdict.          *Judgment affirmed.*

Decided May 7, 1915.

Accusation of sale of liquor; from city court of St. Marys—
Judge McElreath. May 8, 1914.

*H. R. Lang, D. S. Atkinson,* for plaintiff in error.

*S. C. Townsend, solicitor,* contra.